THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN J. SIVERTSON, Appellant.

Submitted January 25, 2016; decided February 11, 2016

Motion for assignment of counsel granted and David C. Schopp, Esq., The Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YUSUF SPARKS, Appellant.

Submitted January 19, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY VINING, Appellant.

Submitted February 1, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.